# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137542

RONALD MUNSTER,
      Plaintiff-Appellee,

v

CITY OF BATTLE CREEK,
      Defendant-Appellant,
and

SECOND INJURY FUND VOCATIONALLY
HANDICAPPED PROVISIONS,
      Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137542
COA: 284666
WCAC: 06-000238

_____/

On order of the Court, the application for leave to appeal the September 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk